UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>) Case No. CR99-600-JCC<br>v. ) (05-360M)<br>)<br>TIMOTHY WOO, )<br>) DETENTION ORDER<br>Defendant. )<br>_____ ) | |

Offenses charged:

No. CR99-600-JCC

Count I:  Conspiracy to import and distribute marijuana in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B), 846, 952(a), 960(a)(1), 960(b)(4), and 963.

Count III:  Forfeiture - Drug Offense in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(b), 846, and 853.

No. 05-360M

Count I:  Conspiracy to distribute marijuana in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B), and 846.

Count II:  Conspiracy to import marijuana in violation of 21 U.S.C. §§ 952(a), 960(b), and 963.

01  Date of Detention Hearing:    July 26, 2005

02  The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

03  based upon the factual findings and statement of reasons for detention hereafter set forth, finds:

04  FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

05  (1)    Pursuant to 18 U.S.C. § 3142(e), there is a rebuttable presumption that defendant

06  is a flight risk and a danger to the community based on the nature of the pending charges.

07  Defendant has not overcome these presumptions.

08  (2)    Defendant has stipulated to detention, but reserves the right to contest his

09  continued detention if there is a change in circumstances.

10  IT IS THEREFORE ORDERED:

11  (1)    Defendant shall be detained pending trial and committed to the custody of the
12         Attorney General for confinement in a correction facility separate, to the extent
13         practicable, from persons awaiting or serving sentences or being held in custody
14         pending appeal;

15  (2)    Defendant shall be afforded reasonable opportunity for private consultation with
16         counsel;

17  (3)    On order of a court of the United States or on request of an attorney for the
18         government, the person in charge of the corrections facility in which defendant
19         is confined shall deliver the defendant to a United States Marshal for the purpose
20         of an appearance in connection with a court proceeding; and

21  (4)    The Clerk shall direct copies of this Order to counsel for the United States, to
22         counsel for the defendant, to the United States Marshal, and to the United States
23         Pretrial Services Officer.

24  DATED this 26th day of July, 2005.

*/s/ James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge