UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br> v.<br><br>TIMOTHY WOO,<br><br>    Defendant. | CASE NO. CR99-0600C<br><br>MINUTE ORDER |

  The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

  This Court having considered the stipulation of the parties hereby GRANTS the parties' request for a continuance of the trial date and pre-trial motions cutoff date.  Defendant Timothy Woo has indicated his knowing, voluntary, and intelligent waiver of his right to a speedy trial by executing a written waiver of his right to a speedy trial through April 30, 2006.

  In view of the parties' agreement to continue the trial date, for the reasons stated in their stipulation, the defendant's knowing, voluntary, and intelligent waiver or anticipated waiver of his right to a speedy trial, the parties' desire to continue to engage in plea discussions, the complexity of the case, and the interest of the public in ensuring the accused adequate, effective, and continued representation by

MINUTE ORDER – 1

counsel presently assigned, this Court finds that the ends of justice served by granting a continuance outweighs the best interest of the public and the defendant in a speedy trial.  In particular, the Court makes note of the fact that the case is complex, involving multiple defendants and witnesses who reside in Canada.

The parties' motion for continuance is GRANTED.  Trial is reset for April 10, 2006, and all pre-trial motions shall be served on or before March 2, 2006.  The time from the filing of the stipulated motion through the new trial date shall be excludable under the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(8)(A).

DATED this <u>14th</u> day of December, 2005.

BRUCE RIFKIN, Clerk of Court

By  /s/ C. Ledesma
    Deputy Clerk

MINUTE ORDER – 2